**Appeal Dismissed and Memorandum Opinion filed July 14, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00353-CV

### JUAN CANO, Appellant

### V.

### DEVON DENBINA, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1178374**

### MEMORANDUM OPINION

This is an appeal from an interlocutory order signed May 10, 2022 transferring a case from a county court to a district court.[1] No final judgment is in the appellate record, and the interlocutory order lacks any apparent basis for being immediately appealable. *See CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011)

---

[1] Appellant has also filed a petition for a writ of mandamus seeking relief from the same order in case number 14-22-00369-CV. That proceeding remains pending.

(acknowledging the general rule that "interlocutory orders are not immediately appealable").

On June 1, 2022, this court informed the parties of the apparent lack of jurisdiction over this appeal and warned them that the appeal was subject to dismissal without further notice unless either party demonstrated this court had jurisdiction. The parties filed no response to the letter. Accordingly, due to the lack of any basis for exercising jurisdiction over this appeal, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.